# Order

Michigan Supreme Court
Lansing, Michigan

November 22, 2010

141193

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 141193
COA: 295328
Wayne CC: 03-012024

TYRONE ANTHONY BELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

y1115